UNEXCELLED LAUNDRY SYSTEM, INC., Appellant, v. IRA C. BRINK, Defendant, and LESTER PINEMAN and FAME LAUNDRY, INC., Respondents.— Order in so far

†Appeal dismissed, 259 N. Y. 664.

as it denies motion for an injunction *pendente lite* against Lester Pineman and Fame Laundry, Inc., affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.